UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ABINGTON CONSTRUCTION, INC.,      CASE NO.: 23-cv-02485-GRB-LGD

*Plaintiff*,

-against-

M-BOSS, INC., G.J.P. ENTERPRISES, INC.
d/b/a American Decorative Ceilings, and
WILLIAM PERK, JR.,

*Defendants*.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT David H. Haft, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby enters his appearance as co-counsel of record for Plaintiff, ABINGTON CONSTRUCTION, INC., in the above-style cause.

Date: May 5, 2023

    Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: *s/David H. Haft*
David H. Haft, Esq.
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com

94529558.1