# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 23-CV-2485

Date Filed: _____

Plaintiff:
**ABINGTON CONSTRUCTION, INC**
vs.
Defendant:
**M-BOSS, INC., G.J.P. ENTERPRISES, INC.
d/b/a American Decorative Ceilings, and WILLIAM PERK, JR**

For: PETER SHAPIRO
Lewis Brisbois Bisgaard & Smith LLP

PPJ2023004070

Received by Prestige Process on the 17th day of April, 2023 at 2:44 pm to be served on **G.J.P. ENTERPRISES, INC C/O GEORGE J. PERK, RA, 13011 FAIRFIELD TRAIL, CHESTERLAND, OH 44026.** I, __JOSHUA PITTS__, being duly sworn, depose and say that on the __11__ day of __MAY__, 20__23__ at __6__:__22P__.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND NOTICE** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving __WILLIAM PERK JR__ as __R.A.__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __12__ day of __MAY__, __2023__ by the affiant who is personally known to me.

_signature_
NOTARY PUBLIC
**CATHRENE M. DRAKE**

Cathrene M. Drake
Resident Summit County
Notary Public, State of Ohio
My Commission Expires:
July 7, 2024

_signature_
**JOSHUA PITTS**
PROCESS SERVER # __N/A (OHIO)__
Appointed in accordance with State Statutes

**Prestige Process**
P.O Box 613634
Miami, FL 33261
(786) 916-2424

Our Job Serial Number: 2023004070

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n