UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABINGTON CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> -against- <br><br> M-BOSS, INC., G.J.P. ENTERPRISES, INC. d/b/a American Decorative Ceilings, and WILLIAM PERK, JR., <br><br> Defendants. | Case No.: 23-cv-2485-GRB-LGD <br><br> **NOTICE OF APPEARANCE** |

    Jennifer Hurley McGay, a partner of LEWIS JOHS AVALLONE AVILES, LLP, attorneys for Defendant, G.J.P. ENTERPRISES, INC. d/b/a American Decorative Ceilings, hereby appears and asks that she be added to the list of e-filers in this case (jhmcgay@lewisjohs.com) of those receiving notices.

Dated:  Islandia, New York
         June 16, 2023

                                            LEWIS JOHS AVALLONE AVILES, LLP
                                            *Attorneys for Defendant*
                                            *G.J.P. Enterprises, Inc. d/b/a*
                                            *American Decorative Ceilings*
                                            1377 Motor Parkway, Suite 400
                                            Islandia, New York 11749
                                            631.755.0101

                                            By: *Jennifer Hurley McGay*
                                                Jennifer Hurley McGay
                                            E-mail: jhmcgay@lewisjohs.com