UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABINGTON CONSTRUCTION, INC.,<br><br>                           Plaintiff,<br><br>   -against-<br><br>M-BOSS, INC., G.J.P. ENTERPRISES, INC. d/b/a American Decorative Ceilings, and WILLIAM PERK, JR.,<br><br>                         Defendants. | Case No.: 23-cv-2485-GRB-LGD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Abington Construction, Inc., by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, as to Defendants, M-BOSS, INC. ("M-Boss") and WILLIAM PERK, JR. ("Perk") (collectively, the "Defendants"), without costs to either party as against the other. This notice may be filed without further notice to either party with the Clerk of the Court.

Dated: New York, New York
       November 30, 2023

                                                        By: /s/ *David H. Haft*
                                                           David H. Haft, Esq.
                                                           LEWIS BRISBOIS BISGAARD & SMITH LLP
                                                           *Attorneys for Plaintiff*
                                                           *Abington Construction, Inc.*
                                                           77 Water Street
                                                           New York, New York 10005
                                                           Tel: (212) 232-1300
                                                           E-mail: David.Haft@lewisbrisbois.com